STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-33
consolidated with CA 05-29,
CA 05-30, CA 05-31, and CA 05-32

PHILIP VAUGHN BURRIS, ET AL.

VERSUS

CITY OF LAFAYETTE

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2000-5288 c/w NO. 99-1343,
NO. 99-1543, NO. 99-1688, and NO. 2000-0526
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE

************

JAMES T. GENOVESE
JUDGE

************

Court composed of Glenn B. Gremillion, Billy H. Ezell, and James T. Genovese, Judges.

AFFIRMED.

George J. Armbruster, III
Richard D. Chappuis, Jr.
1540 West Pinhook Road
Lafayette, Louisiana 70503
COUNSEL FOR APPELLANT:
    City of Lafayette (Lafayette City-Parish Consolidated Government)

Lawrence C. Billeaud
321 West Main Street, Suite 1-B
Lafayette, Louisiana 70501
COUNSEL FOR PLAINTIFFS/APPELLEES:
    Michael J. Rose, et al.

Daniel M. Landry, III
214 Jefferson Street, Suite 300
P.O. Box 3784
Lafayette, Louisiana 70502
COUNSEL FOR PLAINTIFFS/APPELLEES:
    Larry M. Bailey, et al.

**Charles R. Sonnier**
**Frank W. Summers, II**
**P.O. Drawer 700**
**Abbeville, Louisiana 70511-0700**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
      **William J. Picard, et al.**

**Stephen H. Meyers**
**P.O. Box 51222**
**Lafayette, Louisiana  70505-1222**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
      **Philip V. Burris, et al.**

**GENOVESE, Judge.**

For the reasons assigned in the companion and consolidated case of *Larry M. Bailey, et al. v. City of Lafayette*, 05-29 (La.App. 3 Cir. __/__/05), ___ So.2d ___, the judgment of the trial court granting the Plaintiffs' motion for partial summary judgment and denying Defendant's motion for partial summary judgment on the issue of liability is affirmed. Costs of this appeal are assessed against the Defendant-Appellant, City of Lafayette (Lafayette City-Parish Consolidated Government).

**AFFIRMED.**

1